Richard D. Williamson, Esq. (SBN 9932)
Jonathan Joel Tew, Esq. (SBN 11874)
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
Facsimile No.: (775) 348-8300
Rich@nvlawyers.com
Jon@nvlawyers.com

DOUBEK, PYFER & STORRAR
John Doubek, Licensed in Montana
(*pro hac vice* application submitted herewith)
john@lawyerinmontana.com
307 N. Jackson Street
PO Box 236
Helena, MT 59624
Phone (406) 442-7830
Fax    (406) 442-7839

*For Plaintiff Timothy L. Blixseth*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY L. BLIXSETH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE; DEPARTMENT OF THE TREASURY; TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION; THE DEPARTMENT OF JUSTICE; LANNY BREUER; THE FEDERAL BUREAU OF INVESTIGATION; U.S. COMMISSIONER OF INTERNAL REVENUE; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-00101-RCJ-WGC<br><br>**NOTICE OF FILING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

　　　　Plaintiff, Timothy L. Blixseth, by and through his undersigned counsel of record, hereby gives notice that on March 23, 2020, the Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel

1

("Verified Petition") on behalf of John C. Doubek, Esq. was filed in Case No. 2:20-cv-00265-RFB-DJA. A copy of the filed-stamped Verified Petition is attached hereto as Exhibit "1."

At the time of the March 23, 2020 filing, Plaintiff's local counsel was unaware that the case number assigned by the United States District Court for Nevada had been changed. In order for Mr. Doubek to be formally admitted pro hac vice in this case, Plaintiff's counsel is now submitting this Notice to advise the Court of the Verified Petition and Mr. Doubek's representation. Moreover, the undersigned local counsel apologizes for the confusion.

DATED this 10th day of April, 2020.

                ROBERTSON, JOHNSON,
                MILLER & WILLIAMSON

                */s/ Richard D. Williamson*
                Richard D. Williamson, Esq. (SBN 9932)
                Jonathan J. Tew, Esq. (SBN 11874)
                *Attorneys for Plaintiff*

**EXHIBIT INDEX**

| Ex. No. | Description | Pages |
|---|---|---|
| 1 | Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel | 6 |

# EXHIBIT "1"

# EXHIBIT "1"

# EXHIBIT "1"

Timothy L. Blixseth
In Proper Person
PO Box 1278
Crystal Bay, NV 89402
Phone: 442-282-0982

UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY L. BLIXSETH,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE; DEPARTMENT OF TREASURY; TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION; LANNY BREUER; ROBERT MUELLER; DOUGLAS SHULMAN, U.S. COMMISSIONER OF INTERNAL REVENUE; LOIS LERNER; WILLIAM WILKENS, IRS COUNSEL; HUGO RAMIREZ, IRS COUNSEL; SUSAN SEXTON, IRS COUNSEL; STEVEN BAKER, IRS COUNSEL; JOHN MORTON, ICE DIRECTOR; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case # 2:20CV-00265-RFB-DJA<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

John C. Doubek, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Doubek, Pyfer & Storrar with offices at 307 N. Jackson Street, Helena, MT, 59601, (406) 442-7830, john@lawyerinmontana.com.

2. That Petitioner has been retained personally or as a member of the law firm by Timothy Blixseth to provide legal representation in connection with the above-entitled case now pending before this court.

1

3. That since June 1976, Petitioner has been and presently is a member of good standing of the bar at the highest Court of the State of Montana where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts and United States Circuit Courts of Appeal, on the dates indicated for each, and that Petitioner is presently a member of good standing of the bars of said Courts.

    a. US District Court- Montana Division on June 1976, Bar # 379

    b. US Ninth Circuit Court of Appeals on June 1976, Bar # 379

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory disbarment proceedings, except as described in detail below

    a. None

6. That Petitioner has never been denied admission to the State Bar of Nevada.

    a. None

7. That Petitioner is a member in good standing in the following Bar Associations.

    a. Montana Bar Association

8. Petitioner has filed application to appear as counsel under Local Rule IA 11-2

    a. None in the State of Nevada

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of the attorneys to the same extent as a member of the State Bar of Nevada.

2

10. Petitioner agrees to comply with standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
John C. Doubek

STATE OF MONTANA         )
                         )
COUNTY of Lewis and Clark )

John C. Doubek, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
John C. Doubek

Subscribed and sworn to before me this 11th day of February, 2020.

(SEAL) RENEE FRANKS
NOTARY PUBLIC for the
State of Montana
Residing at Helena, Montana
My Commission Expires
January 9, 2024

_Renee Franks_
Notary's Name (printed)
Notary Public for the State of Montana
Residing at _Helena_, Montana
My Commission Expires _1/9/24_

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client to designate _Richard D. Williamson_, Attorney at Law, member of the State of Nevada and previously admitted to practice before the

3

about-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

50 W. Liberty Street, Suite 600
(Street Address)

Reno , Nevada , 89501
(City) (State) (Zip Code)

775-329-5600 , Rich@NVLawyers.com
(Area Code + Telephone Number) (Email Address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Richard D. Williamson as
(Name of Local Counsel)
his/her/their Designated Resident of Nevada Counsel in this case.

_____
(Party's Signature)

Timothy L. Blixseth
(Type or Print Party Name, Title)

_____
(Party's Signature)

_____
(Type or Print Party Name, Title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to server as associate resident Nevada counsel in this case.

4

Designated Resident Nevada Counsel's Signature

9932  Rich@NVLawyers.com
Bar Number  Email Address

APPROVED:

Dated this 17th day of April, 2020.

UNITED STATES DISTRICT JUDGE

5

# Certificate of Membership

I, JILL DIVELEY, OF THE STATE BAR OF MONTANA, DO HEREBY CERTIFY

## John C. Doubek

was admitted to the State Bar of Montana in June 1976 and that his name currently appears upon the Roll of Attorneys in this office as an active member in good standing*.

Dated this 20th day of March 2020

*This does not represent the records of the Office of Disciplinary Counsel, the agency in charge of discipline. To obtain verification or a statement of discipline please contact their office at P.O. Box 1099, Helena, MT 59624 or (406) 442-1648.