NICHOLAS A. TRUTANICH
United States Attorney
GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse 7 Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Greg.Addington@usdoj.gov

RICHARD E. ZUCKERMAN
Principal Deputy Assistant General, Tax Division
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 – Ben Franklin Station
Washington, D.C. 20044-
(202) 353-1857
Boris.Kukso@usdoj.gov
Counsel for Federal Agency Defendants

JOHN BLAIR FISHWICK MARTIN
Trial Attorney, Constitutional Tort Staff
Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-4492; F: (202) 616-4314
John.B.Martin@usdoj.gov
Counsel for Defendants United States of America and Lanny Breuer

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY L. BLIXSETH, | 3:20-cv-101-RCJ-WGC |
| Plaintiff, | ORDER GRANTING STIPULATION AND REQUEST TO EXTEND DATE FOR FEDERAL DEFENDANTS TO FILE REPLY BRIEFS REGARDING RESPECTIVE MOTIONS TO DISMISS (##30, 34, 35) |
| v. | |
| INTERNAL REVENUE SERVICE, et al., | |
| Defendants. | (First Request) |
| | Current Date: July 6, 2020 |
| | New Date: July 20, 2020 |

1

It is hereby agreed and stipulated by all parties, through their respective counsel, that the due date for the defendants to file their respective reply briefs regarding their motions to dismiss (## 30, 34, 35) may be extended to <u>July 20, 2020</u>. This is the first request to extend the due date for the defendants' reply briefs regarding the referenced motions. It is requested the Court approve the requested extension of time based on the following:

1.  Plaintiff Blixseth filed his first amended complaint (#3) on April 10, 2020. The amended complaint asserts claims against multiple federal agencies and one former federal official (defendant Breuer).

2. On June 15, 2020, the defendant federal agencies filed their joint motion (#30) to dismiss the claims alleged against them. Plaintiff Blixseth filed his response (#39) to the motion on June 29, 2020.

3.  On June 15, 2020, defendant Breuer filed his motion (#34) to dismiss the claims alleged against him. Plaintiff Blixseth filed his response (#37) to the motion on June 29, 2020.

4. On June 15, 2020, following a Notice of Substitution (#32) defendant United States filed its motion (#35) to dismiss the claims for which it was substituted as defendant. Plaintiff Blixseth filed his response (#38) to the motion on June 29, 2020.

5.  In accordance with the ordinary briefing schedule, the reply briefs regarding the three motions to dismiss described above would be due <u>July 6, 2020</u>. The requested extension of time would yield a deadline of <u>July 20, 2020</u>.

6.  The two-week extension of time is requested due to the combined effects of the July 4 holiday, pre-scheduled leave away from the office for one or more government counsel, and the work restrictions imposed as a result of the current public health environment.

//

Based on the foregoing, the parties request the Court approve the stipulation and the proposed extension of time to July 20, 2020, for the filing of defendants' replies regarding the three motions to dismiss (## 30, 34, 35).

| | |
|---|---|
| _/s/ Richard D. Williamson_ | _/s/ Greg Addington_ |
| RICHARD D. WILLIAMSON, ESQ. | GREG ADDINGTON |
| Counsel for Plaintiff | Assistant United States Attorney |
| | Counsel for Agency Defendants |
| | |
| _/s/ John Doubek_ | _/s/ Boris Kukso_ |
| JOHN DOUBEK, ESQ. | BORIS KUKSO |
| Counsel for Plaintiff | Trial Attorney, Tax Division |
| | Counsel for Agency Defendants |
| | |
| | _/s/ John Blair Fishwick Martin_ |
| | JOHN BLAIR FISHWICK MARTIN |
| | Trial Attorney, Civil Division |
| | Counsel for Defendant Breuer and |
| | Defendant United States |

IT IS SO ORDERED

Date; July 2, 2020.

_____
UNITED STATES DISTRICT JUDGE