# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY L. BLIXSETH, | **Case No: 3:20-cv-00101-RCJ-WGC** |
| Plaintiff, | |
| v. | **The Honorable Robert C. Jones** |
| INTERNAL REVENUE SERVICE; DEPARTMENT OF THE TREASURY; TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION; THE DEPARTMENT OF JUSTICE; LANNY BREUER; THE FEDERAL BUREAU OF INVESTIGATION; U.S. COMMISSIONER OF INTERNAL REVENUE; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and DOES 1 through 100, | |
| Defendants. | |

## ORDER OF SUBSTITUTION

The Court having been fully apprised that the Attorney General's designee has certified that the individual defendant Lanny Breuer was acting within the scope of his office or employment at the time of the incident out of which the plaintiff's claims arise, and the Court having been apprised of the substitution of the United States pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988 § 6, Pub. L. No. 100-694, 102 Stat. 4563 (1988), 28 U.S.C. § 2679(d)(1), it is hereby:

ORDERED that pursuant to the provisions of 28 U.S.C. § 2679(b)(2) and § 2679(d)(2), the sixth, seventh, eighth, ninth, and tenth counts of the first amended complaint are dismissed with respect to the individual defendant Lanny Breuer on the ground that the exclusive remedy for these claims is an action against the United States and because the United States has been substituted as the sole defendant on those claims.

DATED: July 8, 2020.

_____
The Honorable Robert C. Jones
United States District Judge

1